IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-CV-680

| | |
|---|---|
| Damian McDonald, on behalf of the Laboratory Corporation of America Holdings Employees' Retirement Plan, himself, and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| Laboratory Corporation of America Holdings, | )<br>) |
| Defendant. | |

## CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 6.1 (M.D.N.C.), Laboratory Corporation of America Holdings ("Defendant"), with the consent of Damian McDonald, on behalf of the Laboratory Corporation of America Holdings Employees' Retirement Plan, himself, and all others similarly situated ("Plaintiff"), hereby moves that the current deadline to respond to the Complaint filed by Plaintiff in the above-captioned matter (the "Complaint") be extended and continued as set forth below. In support of this motion, the parties respectfully show the following:

1. Plaintiff filed the Complaint on August 18, 2022.

2. The Complaint was served upon Defendant on August 24, 2022.

3. Pursuant to Fed. R. Civ. P. 12, Defendant's response to the Complaint is due by or on September 14, 2022.

4. Defendant requires additional time to investigate and respond to the allegations in the Complaint.

5. Defendant has requested, and Plaintiff has agreed to, an extension of time to allow for sixty (60) days from the date of service upon Defendant for Defendant to respond to the Complaint.

6. This Motion is brought for legitimate need and not for purpose of delay. A proposed Order is submitted herewith.

WHEREFORE, Defendant, with the consent of Plaintiff, respectfully requests that the deadline to respond to the Complaint be extended through and until October 24, 2022.

Respectfully submitted, this 13th day of September, 2022

K&L GATES LLP

*/s/ David C. Lindsay*
David C. Lindsay (NC Bar No. 024380)
Email: david.lindsay@klgates.com
M. Claire Flowers (NC Bar No. 58432)
Email: claire.flowers@klgates.com
4350 Lassiter at North Hills Avenue
Suite 300
Raleigh, NC 27609
Phone: (919) 743-7300
Fax: (919) 743-7358

*Notice of Special Appearance forthcoming*

*/s/ Lars C. Golumbic*
Lars C. Golumbic (D.C. Bar No. 452143)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Suite 1200
Washington D.C. 20006
Phone: (202) 861-6615
Fax: (202) 659-4503
Email: LGolumbic@groom.com

ATTORNEYS FOR DEFENDANT

WE SO CONSENT:

    */s/ Matthew Norris*
J. Matthew Norris
NC Bar No. 37206
NORRIS LAW FIRM, PLLC
1776 Heritage Center Drive, Suite 204
Wake Forest, NC 27687
Phone: (919) 981-4475
Fax: (919) 926-1676
Email: matt@lemonlawnc.com

Brandon J. Hill (*pro hac vice application forthcoming*)
Florida Bar No. 37061
Luis A. Cabassa, P.A. (*pro hac vice application forthcoming*)
Florida Bar No. 0053643
Amanda E. Heysteak (*pro hac vice application forthcoming*)
Florida Bar No. 0285020
WENZEL FENTON CABASSA, P.A.
1110 North Florida Ave., Suite 300
Tampa, FL 33602
Direct Phone: (813) 337-7992
Main Phone: (813) 224-0431
Fax: (813) 229-8712
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
Email: aheysteak@wfclaw.com

Michael C. McKay (*pro hac vice application forthcoming*)
Arizona Bar No. 023354
MCKAY LAW, LLC
5635 N. Scottsdale Rd., Suite 170
Scottsdale, AZ 85250
Phone: (480) 681-7000
Email: mckay@mckay.law

ATTORNEYS FOR PLAINTIFF

4

313404660.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the Clerk of Court and electronically served via CM/ECF upon all parties of record on this 13th of September, 2022.

/s/ David C. Lindsay

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-CV-680

| | |
|---|---|
| Damian McDonald, on behalf of the Laboratory Corporation of America Holdings Employees' Retirement Plan, himself, and all others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| Laboratory Corporation of America Holdings, | ) |
| Defendant. | |

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

THIS MATTER has come before the Court on the Consent Motion to Extend Time to Respond to Complaint (the "Motion") filed by Defendant Laboratory Corporation of America Holdings, and consented to by Plaintiff, Damian McDonald on behalf of the Laboratory Corporation of America Holdings Employees' Retirement Plan, himself, and all others similarly situated.

FOR GOOD CAUSE SHOWN, including the consent of the appearing parties, the Motion is hereby **GRANTED**. The deadline for Defendant to respond to the Complaint is hereby extended through and including October 24, 2022.

**IT IS SO ORDERED.**

This the _____ day of _____, 2022.

                                                                                     _____

                                                                                     United States District Court Judge