# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-CV-680

| | |
|---|---|
| Damian McDonald, on behalf of the Laboratory Corporation of America Holdings Employees' Retirement Plan, himself, and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Laboratory Corporation of America Holdings,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

THIS MATTER has come before the Court on the Consent Motion to Extend Time to Respond to Complaint (the "Motion") filed by Defendant Laboratory Corporation of America Holdings, and consented to by Plaintiff, Damian McDonald on behalf of the Laboratory Corporation of America Holdings Employees' Retirement Plan, himself, and all others similarly situated.

FOR GOOD CAUSE SHOWN, including the consent of the appearing parties, the Motion is hereby **GRANTED**. The deadline for Defendant to respond to the Complaint is hereby extended through and including October 24, 2022.

313404672.1

**IT IS SO ORDERED.**

This the _____ day of _____, 2022.

_____
United States District Court Judge