# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAMIAN MCDONALD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LABORATORY CORPORATION ) <br> OF AMERICAN HOLDINGS, ) <br> ) <br> Defendant. ) | 1:22CV680 |

## AMENDED ORDER

This matter is before the Court on the Defendant's Consent Motion for a Special Set Trial Date. (ECF No. 70).

Based on the representations to the Court and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the **Bench Trial** in this matter shall begin on **May 5, 2025, at 9:30 a.m**. in Winston-Salem, NC, in Courtroom No. 4.

This, the 12th day of March 2025.

/s/ Loretta C. Biggs
Senior United States District Judge