IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAMIAN MCDONALD, on behalf of the Laboratory Corporation of America Holdings Employees' Retirement Plan, himself, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>　　　　Defendant. | No. 1:22-cv-00680-LCB |

**<u>NOTICE OF SPECIAL APPEARANCE</u>**

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of William J. Delany as counsel of record for Defendant in the above-captioned civil action.

Mr. Delany certifies that he is an active member in good standing of the bars of the District of Columbia, New Jersey and Pennsylvania. Mr. Delany further certifies that he understands that by entering an appearance he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing. Mr. Delany represents that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings. Mr. Delany is associated with David C. Lindsay, who is a member of the bar of this Court, and is also serving as counsel of record for Defendant. Mr. Delany has registered as a filing user with the Court's CM/ECF system under Local Rule 5.3(c)(1).

Dated: March 28, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ William J. Delany*
　　　　　　　　　　　　　　　　　　　　William J. Delany
　　　　　　　　　　　　　　　　　　　　Email: wdelany@groom.com
　　　　　　　　　　　　　　　　　　　　GROOM LAW GROUP, CHARTERED
　　　　　　　　　　　　　　　　　　　　1701 Pennsylvania Ave., NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　Phone: (202) 861-6643
　　　　　　　　　　　　　　　　　　　　Fax: (202) 659-4503

　　　　　　　　　　　　　　　　　　　　David C. Lindsay (NC Bar No. 24380)
　　　　　　　　　　　　　　　　　　　　Email: david.lindsay@klgates.com
　　　　　　　　　　　　　　　　　　　　K&L GATES, LLP
　　　　　　　　　　　　　　　　　　　　301 Hillsborough Street
　　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27603
　　　　　　　　　　　　　　　　　　　　Phone: (919) 743-7304
　　　　　　　　　　　　　　　　　　　　Fax: (919) 516-2004

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 28, 2025, a copy of the foregoing **NOTICE OF SPECIAL APPEARANCE** was filed electronically with the Clerk of Court using the CM/ECF system which will automatically send notification of filing to all parties of record.

                        */s/ William J. Delany*
                        William J. Delany