IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAMIAN MCDONALD, on behalf of the Laboratory Corporation of America Holdings Employees' Retirement Plan, himself, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>    Defendant. | No. 1:22-cv-00680-LCB |

**NOTICE OF SPECIAL APPEARANCE**

    Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Larry M. Blocho Jr. as counsel of record for Defendant in the above-captioned civil action.

    Mr. Blocho certifies that he is an active member in good standing of the bars of the District of Columbia and New York. Mr. Blocho further certifies that he understands that by entering an appearance he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing. Mr. Blocho represents that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings. Mr. Blocho is associated with David C. Lindsay, who is a member of the bar of this Court, and is also serving as counsel of record for Defendant. Mr. Blocho has registered as a filing user with the Court's CM/ECF system under Local Rule 5.3(c)(1).

Dated: March 28, 2025

Respectfully submitted,

*/s/ Larry M. Blocho Jr.*
Larry M. Blocho Jr.
Email: lblocho@groom.com
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW
Washington, D.C. 20006
Phone: (202) 861-6634
Fax: (202) 659-4503

David C. Lindsay (NC Bar No. 24380)
Email: david.lindsay@klgates.com
K&L GATES, LLP
301 Hillsborough Street
Suite 1200
Raleigh, NC 27603
Phone: (919) 743-7304
Fax: (919) 516-2004

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 28, 2025, a copy of the foregoing **NOTICE OF SPECIAL APPEARANCE** was filed electronically with the Clerk of Court using the CM/ECF system which will automatically send notification of filing to all parties of record.

                                        */s/ Larry M. Blocho Jr.*
                                        Larry M. Blocho Jr.