IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAMIAN MCDONALD, on behalf of the Laboratory Corporation of America Holdings Employees' Retirement Plan, himself, and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>    Defendant. | No. 1:22-cv-00680-LCB-JLW |

## DEFENDANT'S PRETRIAL DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Notice of Bench Trial (Dkt. 43), Defendant Laboratory Corporation of America Holdings ("Labcorp") hereby makes the following pretrial disclosures.

Labcorp's witness list, identifying those witnesses it intends to call and those it may call if the need arises, is attached hereto as Exhibit A. Labcorp's exhibit list, identifying those exhibits it intends to offer and those it may offer if the need arises, is attached hereto as Exhibit B. Labcorp's designation of those witnesses whose testimony it expects to present by deposition is attached hereto as Exhibit C.

Dated: April 4, 2025

Respectfully submitted,

*/s/ Lars C. Golumbic*
Lars C. Golumbic
William J. Delany
Samuel I. Levin

Larry M. Blocho Jr.
Richard A. Smith, Jr.
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW
Washington, D.C. 20006
Telephone: (202) 861-6615
Fax: (202) 659-4503
E-mail: lgolumbic@groom.com
       slevin@groom.com
       wdelany@groom.com
       lblocho@groom.com
       rsmithjr@groom.com


*/s/ David C. Lindsay*
David C. Lindsay (NC Bar No. 024380)
K&L GATES, LLP
4350 Lassiter at North Hills Avenue
Suite 300
Raleigh, N.C. 27609
Telephone: (919) 743-7300
Fax: (919) 743-7358
E-mail: david.lindsay@klgates.com

*Counsel for Defendant Laboratory Corporation of America Holdings*