IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAMIAN MCDONALD, on behalf of the Laboratory Corporation of America Holdings Employees' Retirement Plan, and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>        Defendant. | 1:22CV680 |

## JUDGMENT

This Court held a 4-day bench trial in the above-captioned matter beginning on May 5, 2025. Following the trial, the Court on August 12, 2025 filed, simultaneously with this Judgment, its Findings of Fact and Conclusions of Law. This Court found against Plaintiffs and in favor of Defendant on Plaintiffs' sole claim of Breach of Fiduciary Duty of Prudence. (ECF No. 119.)

Based on the foregoing, the Court enters the following:

**IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant and against Plaintiffs on their claim of Breach of Fiduciary Duty of Prudence, and this action is **DISMISSED.**

This, the 12th day of August 2025.

                                                    /s/ Loretta C. Biggs
                                                   Senior United States District Judge